and Another, Appellants.— Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Scott, Smith and Page, JJ.

In the Matter of THOMAS S. DOYLE, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

JAMES CRISCUOLO, Respondent, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Impleaded with JACOB PHILIPPI, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

NORTHWESTERN TERRA COTTA COMPANY, Appellant, v. J. F. STARKEY & COMPANY, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

RALPH R. WATNEY and Others, Appellants, v. HENRY P. BOPE and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements; the time for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

SOTIRIOS SOFIANOPOULO, Respondent, v. THE STANDARD COMMERCIAL TOBACCO COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements; the time for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

CHARLES MULLER, Respondent, v. JOHN XILAS, Appellant.— Order modified to the extent stated in order and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

STANLEY D. TUNIS, Respondent, v. JOSEPH BRESCHER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of Ortman v. Beiley (160 App. Div. 258). Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

SAMUEL LANDAW and Another, Respondents, v. JULIUS G. KUGELMAN and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent stat d in order. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

NATALIE STIEBEL, Respondent, v. SAMUEL J. STIEBEL, Appellant.— Order reversed and motion referred to official referee to take evidence as to the facts and report to the Special Term, Part 1. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

In the Matter of GEORGE H. HUBER, Deceased. HARRY REBHOLZ, Appellant; PAUL H. BURNS, Temporary Administrator, etc., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

ROBERT Y. ANDERSON, SR., Guardian ad Litem of ROBERT Y. ANDERSON, JR., Respondent, v. HARTMANN-BLANCHARD Co., INC., Appellant.— Order